■ Edward M. Pilat, Respondent, v Raymond LeChase, Inc., Appellant and Third-Party Plaintiff. Dolomite Construction, Inc., et al., Third-Party Defendants-Respondents. [689 NYS2d 576] —Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: Plaintiff, a correction officer assigned to patrol a construction site at Wende Correctional Facility, was injured when he fell into a ditch. Supreme Court erred in denying defendant's motion for summary judgment dismissing the complaint. With respect to the Labor Law § 200 and common-law negligence claims, defendant established by proof in admissible form that it did not have the requisite supervision or control over plaintiff, and plaintiff failed to raise a question of fact (*see, Rizzuto v Wenger Contr. Co.*, 91 NY2d 343, 352; *Shandraw v Tops Mkts.*, 224 AD2d 997, 998; *see also, Ramski v Zappia Enters.*, 229 AD2d 990). With respect to the Labor Law § 241 (6) claim, defendant established that plaintiff did not "come within the special class for whose benefit liability is imposed upon contractors, owners and their agents" (*Mordkofsky v V.C.F. Dev. Corp.*, 76 NY2d 573, 576). Plaintiff was not both employed by the owner, contractor or agent and employed to work on a building or structure within the meaning of Labor Law § 241 (6) and 12 NYCRR 23-1.3 and 23-1.4 (b) (39) (*see, Farrell v Dick Enters.*, 227 AD2d 956; *see also, Agli v Turner Constr. Co.*, 246 AD2d 16, 21, 24). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Green, J. P., Hayes, Pigott, Jr., Scudder and Callahan, JJ.